IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
ST. THOMAS AND ST. JOHN DIVISION

OCWEN USVI SERVICES, LLC,    )
    )
       Plaintiff,    )    CASE NO. 3:24-cv-00005
    )
    v.    )
    )
GOVERNMENT OF THE    )
UNITED STATES VIRGIN ISLANDS    )
    )
       Defendant.    )
_____)

## ORDER

**THIS MATTER** came before the Court on the Defendant's motion to dismiss Count IV of the Plaintiff's complaint.  [ECF No. 137].  For the reasons stated in the accompanying Memorandum Opinion it is

**ORDERED** that the Defendant's motion to dismiss Count IV of the Plaintiff's Complaint is hereby **DENIED.**

**Dated:**  August 7, 2026.         *s/ Evan Rikhye*

         _____
         **EVAN RIKHYE**
         **United States District Judge**